# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Jesus Alberto Mendoza-Torres<br><br>    Defendant. | 5:24mj00279<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A.  ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)  (✓)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- NO FAMILY TIES TO DISTRICT
- ALLEGATION OF ABSCONDING FROM SUPERVISION
- UNDOCUMENTED STATUS / HISTORY OF REMOVAL

IT IS ORDERED that defendant be detained.

DATED: 6/26/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2